# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cr-00227-KJD-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| OSWALD DAVID PEREZ, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Stipulation to Modify Conditions of Release (#23) filed September 29, 2015.  Upon review and consideration,

**IT IS HEREBY ORDERED** that the pretrial conditions placing Defendant on location monitoring and a curfew are hereby removed.  All other conditions of pretrial release conditions remain in effect.

DATED this 1st day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge