Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**January 24, 2022**

Name of Offender: **Oswald David Perez**

Case Number: **2:15CR00227**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **April 18, 2017**

Original Offense: **Bank Robbery and Armed Bank Robbery**

Original Sentence: **57 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **March 30, 2020**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Community Service** – You must complete 20 hours of community service within two months. The probation officer will supervise the participation in the program by approving the program (agency, location, frequency of participation, etc.). You must provide written verification of completed hours to the probation officer.

## CAUSE

On April 18, 2017, Perez was sentenced to 57 months custody, followed by three years of supervised release for committing the offense of Bank Robbery and Armed Bank Robbery. Supervised release commenced on March 20, 2020, in the Middle District of Florida.

On September 28, 2021, Perez was issued a misdemeanor citation for contracting without a license in Pasco County Florida. Perez advised his United States Probation Officer that he is currently pursuing his contracting license. As an admonishment for the misdemeanor citation,

RE: Oswald David Perez

Prob12B
D/NV Form
Rev. June 2014

Perez agreed to complete 20 community service hours. Perez is in agreement with this modification as witnessed by his signature on the attached waiver.

Should the Court need additional information, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

Brianna King
Digitally signed by Brianna King
Date: 2022.01.24 15:27:25 -08'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.01.24 14:26:26 -08'00'

Brian Blevins
Supervisory United States Probation Officer

RE: Oswald David Perez

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

_____1/26/2022_____
Date

PROB 49
(06/15)

# United States District Court

District of Nevada

## Waiver of Hearing to Modify Conditions
## Of Probation/Supervised Release or Extended Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall perform 20 hours of community service and follow the probation officer's instructions regarding the implementation of this court directive.

Witness: _____  Signed: _____
Scott Michalik                                              Oswald David Perez
U.S. Probation Officer                              Probationer or Supervised Releasee

1-14-2022
Date