**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Oswald David Perez

Case No.:  2:15CR00227

REQUEST FOR TRANSFER OF JURISDICTION

January 27, 2022

TO:   The Honorable Kent J. Dawson
          Senior United States District Judge

On April 18, 2017, Perez was sentenced to 57 months imprisonment, followed by three years of supervised release for committing the offenses of Bank Robbery and Armed Bank Robbery. Supervised release commenced on March 20, 2020, in the Middle District of Florida.

The purpose of this correspondence is to request that jurisdiction in this case be transferred to the Middle District of Florida; Perez plans to reside there for the remainder of his supervision. This will allow the Middle District of Florida to deal with any violations or modifications for his supervised release.

Should you have further questions, the undersigned officer will be available at the Court's convenience.

Respectfully submitted,

*Brianna King*
Digitally signed by Brianna King
Date: 2022.01.27 10:41:36 -08'00'

Brianna King
United States Probation Officer

Approved:

*Brian Blevins*
Digitally signed by Brian Blevins
Date: 2022.01.27 10:28:33 -08'00'

Brian Blevins
Supervisory United States Probation Officer

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 2:15CR00227 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Nevada | U.S. Probation Office |
| Oswald David Perez<br>Middle District of Florida | NAME OF SENTENCING JUDGE | |
| | Kent J. Dawson | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 3/20/2020 | TO 0/29/2023 |

OFFENSE
Bank Robbery and Armed Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Nevada

    IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Middle District of Florida   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

    1/28/2022
    Date                                    United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Middle   DISTRICT OF   Florida

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

    Effective Date                          United States District Judge